JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VAN WINROW, | ) Case No. CV 09-2337-JFW (PJW) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| S.A. HOLINCEK, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's June 19, 2009 Order denying Petitioner Richard Van Winrow's motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: June 19, 2009

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE